UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHEILA THOMPSON and DENNIS THOMPSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| VINTAGE STOCK, INC., | ) ) ) |
| Defendant. | |

Case No. 4:23-cv-00042-SRC

## Judgment and Order of Partial Remand

In accordance with the Memorandum and Order issued on this date, the Court grants in part and denies in part Vintage Stock's [66] Motion for Summary Judgment. The Court grants summary judgment in favor of Vintage Stock on Sheila's individual TCPA claim and dismisses, with prejudice, that claim. The Court further dismisses, for failure to prosecute, Sheila's class TCPA claim, without prejudice to the putative class members. The Court remands, for lack of subject-matter jurisdiction, Dennis's individual and class TCPA claims to the Circuit Court of St. Louis County, 21st Judicial Circuit of Missouri. And the Court declines to exercise supplemental jurisdiction over the Thompsons' Missouri do-not-call-list claim and remands that claim to the Circuit Court of St. Louis County, 21st Judicial Circuit of Missouri. Pursuant to 28 U.S.C. § 1447(c), the Court directs the Clerk of Court to mail a certified copy of this order of remand to the clerk of the state court.

So ordered this 3rd day of February 2025.

*SL R. CR*
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE